**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF PASADENA and UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS, AND CROSSCLAIMS | No. 2:23-cv-07681-AB-AJR<br><br>~~[PROPOSED]~~ **FINAL JUDGMENT PURSUANT TO RULE 54(b) IN FAVOR OF THE UNITED STATES ON THE CITY'S FIRST, SECOND, THIRD, AND FOURTH CROSS-CLAIMS**<br><br>Judge:  Hon. André Birotte Jr. |

Pursuant to Federal Rule of Civil Procedure 54(b) and the Court's order granting the United States of America's motion to dismiss the City of Pasadena's First Amended Cross Complaint (Dkt. 126), it is **ORDERED**, **ADJUDGED, and DECREED** as follows:

1. The First Counterclaim and Crossclaim for Relief (Continuing Trespass), the Second Counterclaim and Crossclaim for Relief (Continuing Private Nuisance), the Third Counterclaim and Crossclaim for Relief (Continuing Public Nuisance), and the Fourth Counterclaim and Crossclaim for Relief

1

(Claim for Response Costs Under California Superfund, Health & Safety Code § 25363 *et seq.*) against the United States in the City of Pasadena's First Amended Crossclaim Against the United States (Dkt. 97) are dismissed with prejudice.

2. The Court finds that there is no just reason for delaying the entry of a final judgment with respect to these claims in accordance with Rule 54(b). Accordingly, the Cross-Plaintiff City of Pasadena shall recover nothing, and final judgment shall be entered in favor of the Cross-Defendant United States of America on the claims referenced in Paragraph 1.

**IT IS SO ORDERED.**

Dated:  July 7, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2